UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25cv24302

JASON PARKER,

    Plaintiff,

v.

B.W. BOATWORKS, INC. d/b/a
BLACKWATER SPORTFISHING
BOATS, INC., EUGENIO URIARTE,
EJOLA COOK, PLANTATION BOAT
MARK AND MARINA, INC., PLANTATION
BOAT MART BROKERAGE, INC.,
BRUNSWICK CORPORATION d/b/a
MERCURY MARINE d/b/a MERCURY
RACING, JOHN DOES 1-4, AND ENTITY
X, Y, Z

    Defendants.
_____/

## MOTION FOR SUBSTITUTION OF COUNSEL
## AND MOTION TO WITHDRAW AS COUNSEL OF RECORD

Defendant Mercury Marine, a division of Brunswick Corporation ("Mercury Marine"), pursuant to Local Rule 11.1(d)(3) and 7.1(a)(1)(F), hereby moves to withdraw Michael McCabe, Jr. and Lea Ann Smith of Butler Snow LLP as counsel of record, and substitute as counsel of record Christina Paul and Charles Wolf from K&L Gates, LLP, and in support state as follows.

1. On September 19, 2025, this case was electronically transferred from the Southern District of Mississippi to the Southern District of Florida and assigned new case number 1:25-cv-24302.  *See* [ECF No. No 77], Case No. 1:24-cv-00358.

2. Michael McCabe, Jr. and Lea Ann Smith served as defense counsel for Mercury Marine

while this case was pending in the Southern District of Mississippi. As they are not licensed to practice in Florida, it is necessary to substitute Christina Paul and Charles Wolf to continue representing Mercury Marine.

3. Christina Paul and Charles Wolf have filed their Notice of Appearance with the Court.
4. Mercury Marine's counsel has informed Plaintiff and all other parties to this action of their withdrawal and substitution of new counsel.
5. The withdrawal and substitution of new counsel will not cause undue delay or prejudice.
6. Mercury Marine has been informed of and consent to the withdrawal and substitution of counsel as requested herein.

Dated:  October 7, 2025              Respectfully submitted,

By:  /s/  Christina M. Paul

Christina M. Paul, Esq.
Florida Bar No. 596876
christina.paul@klgates.com
Charles F. Wolf, Esq.
Florida Bar No. 99227
charles.wolf@klgates.com
**K&L Gates LLP**
Southeast Financial Center
200 S. Biscayne Boulevard, Suite 3900
Miami, FL  33131-2399
Telephone:   305-539-3300
Facsimile:    305-358-7095

*Counsel for Defendant Brunswick Corporation d/b/a Mercury Marine d/b/a Mercury Racing*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing on this 7th day of October, 2025.

                                                                           *Christina M. Paul*